**James Edward BROWN, Petitioner–Appellant,**

v.

**D.L. HOBBS, Warden, Jesup FCI, Respondent–Appellee.**

No. 01–7154.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Oct. 9, 2001.

James Edward Brown, pro se.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

James Edward Brown appeals the district court order adopting the magistrate judge's recommendation and dismissing his 28 U.S.C. § 2241 (1994) petition without prejudice. We have reviewed the record, the district court order and the magistrate judge's report and recommendation and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*